IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JUSTIN TENKE,<br><br>              Plaintiff,<br><br>vs.<br><br>THE ESTATE OF MELANIE DECRANE, through MELLIE DECRANE, as Personal Representative, and THE ESTATE OF DARRELL DUANE LEFTHAND through DARRELYN LEFTHAND, as Personal Representative,<br><br>              Defendants. | CV 21-64-BLG-SPW-TJC<br><br>ORDER |

Upon Plaintiff's Rule 41(a)(2) Notice of Voluntary Dismissal Without Prejudice (Doc. 15), and for good cause shown,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITHOUT PREJUDICE**, with each party to bear their own costs and attorney's fees.

DATED this 23rd day of November, 2021.

SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1